UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA JANELLE SPEECH,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIEL NICHOLSON,<br><br>    Defendant. | Case No. 13-cv-05867-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED without prejudice because plaintiff failed to keep the Court apprised of her current address pursuant to Civil Local Rule 3-11(b) and because she failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 23, 2014

                                                JOSEPH C. SPERO<br>
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA JANELLE SPEECH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARIEL NICHOLSON,<br><br>　　　　　Defendant. | Case No.  13-cv-05867-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 6/23/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rita Janelle Speech
Richmond County Jail
5555 Grant Highway
Richmond, CA 94806


Dated: 6/23/2014

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO

2